UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WADE,<br>　　　Plaintiff,<br>v.<br>WALMART INC., *et al.*,<br>　　　Defendants. | Case No. 2:23-cv-01554-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 11. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 270-day discovery period.[1] *See* Docket No. 11 at 1-2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period based on generalizations that can be made about most personal injury litigation, as well as scheduling issues due to Defendant Walmart's "busy holiday season."[2] *See id.*

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 11. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | November 1, 2023 |
| Add/Amend Pleadings: | December 28, 2023 |
| Initial Experts: | January 29, 2024 |
| Rebuttal Experts: | February 28, 2024 |
| Discovery Cut-Off: | March 27, 2024 |
| Dispositive Motions: | April 26, 2024 |

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1).

[2] To the extent the discovery plan purports to have an extended discovery period due to the "busy holiday season," a party does not dictate to the Court when it will permit discovery to take place. The parties shall proceed with written discovery based on the deadlines set herein and the needs of the case. To the extent scheduling issues arise, counsel shall confer with one another and seek relief from the Court if necessary and appropriate. The Court will evaluate any such request if it is filed.

1

| | | |
|---|---|---|
| Joint Pretrial Order: | May 27, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

Pursuant to Local Rule 26-3, any request for extension of any deadline must be made no later than 21 days prior to the expiration of the subject deadline and must be supported by good cause.

IT IS SO ORDERED.

Dated: October 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge