UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WADE,<br>    Plaintiff,<br>v.<br>WALMART INC., *et al.*,<br>    Defendants. | Case No. 2:23-cv-01554-JAD-NJK<br><br>**Order**<br><br>[Docket No. 13] |

Pending before the Court is Price & Beckstrom PLLC's motion to withdraw as counsel for Plaintiff. Docket No. 13. The Court hereby **SETS** that motion for a hearing at 11:00 a.m. on December 28, 2023, in Courtroom 3C. Plaintiff and his counsel must be present in person at the hearing. Plaintiff's counsel must serve this order on Plaintiff and must file a certificate of service no later than December 15, 2023.

IT IS SO ORDERED.

Dated: December 11, 2023

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge