1 **RAMZY PAUL LADAH**
Nevada Bar No. 11405
2 **LADAH LAW FIRM**
517 S. Third Street
3 Las Vegas, NV 89101
litigation@ladahlaw.com
4 T: 702.252.0055
F: 702.248.0055
5 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC WADE, | CASE NO.: 2:23-cv-01554-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| WALMART, INC., et al., | |
| Defendants. | |

**COMES NOW** Plaintiff ERIC WADE, and Defendants WALMART INC., by and through their undersigned counsel of record and hereby stipulate to a brief continuance of the Hearing regarding Defendant's Motion for Summary Judgment currently scheduled for July 15, 2024 at 2:00 p.m.

//
//
//
//
//
//
//
//
//

Page 1 of 3

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the Hearing regarding Defendant's Motion for Summary Judgment be rescheduled to _____, 2024 at _____ a.m/p.m. [1]

**IT IS SO AGREED.**

Respectfully submitted by:

DATED this 26th day of June, 2024.                     DATED this 26th day of June, 2024.

**LADAH LAW FIRM**                                      **BURGER MEYER LLP**

/s/ Ramzy P. Ladah, Esq.                                /s/ Susan E. Gillespie, Esq.

**RAMZY P. LADAH, ESQ.**                                **TABETHA A. MARTINEZ, ESQ.**
Nevada Bar No. 11405                                    Nevada Bar No. 14237
**ADRIAN A. KARIMI, ESQ.**                              **SUSAN E. GILLESPIE, ESQ.**
Nevada Bar No. 13514                                    Nevada Bar No. 15227
517 S. Third Street                                     400 South 4th Street, Suite 500
Las Vegas, NV 89101                                     Las Vegas, NV 89101
*Attorneys for Plaintiff*                               *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that the Hearing regarding Defendant's Motion for Summary Judgment be rescheduled to **July 22, 2024 at 1:30 p.m.**

**DATED this 26th day of June, 2024.**

_____
Jennifer A. Dorsey
**United States District Judge**

Respectfully Submitted by:

**LADAH LAW FIRM**

/s/ Ramzy P. Ladah, Esq.

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN A. KARIMI, ESQ.**
Nevada Bar No. 13514
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

---

[1] Counsel for Defendant is unavailable July 16-19th, 23rd, 26th, and 29th

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), on this 26th day of June, 2024, a true and complete copy of the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING** was served on the following interested parties via the Court's Electronic CM/ECF Filing and Service System:

Tabetha A. Martinez, Esq.
Susan E. Gillespie, Esq.
BURGER | MEYER LLP
400 South 4th St., Suite 500
Las Vegas, NV 89101
Attorneys for Defendant Walmart Inc.

_/s/ Julie Roberts_
An employee of Ladah Law Firm