1 **RAMZY PAUL LADAH**
Nevada Bar No. 11405
2 **LADAH LAW FIRM**
517 S. Third Street
3 Las Vegas, NV 89101
litigation@ladahlaw.com
4 T: 702.252.0055
F: 702.248.0055
5 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ERIC WADE, | CASE NO.: 2:23-cv-01554-JAD-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| WALMART, INC., et al., | |
| Defendants. | **(SECOND REQUEST)** |

    **COMES NOW** Plaintiff ERIC WADE, and Defendants WALMART INC., by and through their undersigned counsel of record and hereby stipulate to a brief continuance of the Hearing regarding Defendant's Motion for Summary Judgment currently scheduled for July 22, 2024 at 1:30 p.m.

//
//
//
//
//
//
//
//
//

Page 1 of 3

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the Hearing regarding Defendant's Motion for Summary Judgment be rescheduled to **July 30, 2024 at 1:30 p.m.** [1]

**IT IS SO AGREED.**

Respectfully submitted by:

| | |
|---|---|
| DATED this 15th day of July, 2024. | DATED this 15th day of July, 2024. |
| **LADAH LAW FIRM** | **BURGER MEYER LLP** |
| /s/ Ramzy P. Ladah, Esq. | /s/ Susan E. Gillespie, Esq. |
| **RAMZY P. LADAH, ESQ.**<br>Nevada Bar No. 11405<br>**ADRIAN A. KARIMI, ESQ.**<br>Nevada Bar No. 13514<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | **TABETHA A. MARTINEZ, ESQ.**<br>Nevada Bar No. 14237<br>**SUSAN E. GILLESPIE, ESQ.**<br>Nevada Bar No. 15227<br>400 South 4th Street, Suite 500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED** that the Hearing regarding Defendant's Motion for Summary Judgment be rescheduled to **July 30, 2024 at 1:30 p.m.**

**DATED this 16th day of July, 2024.**

_____
Jennifer A. Dorsey
United States District Judge

Respectfully Submitted by:

**LADAH LAW FIRM**
/s/ Ramzy P. Ladah, Esq.
_____
**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN A. KARIMI, ESQ.**
Nevada Bar No. 13514
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

---

[1] Counsel for Plaintiff will be in trial and unavailable from July 18 – July 26, 2024; Counsel for Defendant will be unavailable on July 29, 2024.