**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15527)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         sgillespie@burgermeyer.com

Attorneys for Defendants
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WADE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC. dba WALAMRT NEIGHBORHOOD MARKET; DOE WAL-MART EMPLOYEES I-V; DOE WAL-MART MANAGERS I-V; ROE MAINTENCANCE COMPANY; and ROE COMPANIES I-V, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-1554<br>Hon. Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER TO CONTINUE BENCH TRIAL** |

COMES NOW Defendant WALMART INC., and Plaintiff ERIC WADE, by and through their undersigned counsel of record and hereby stipulate to a continuance of the currently scheduled Bench Trial for March 11, 2025, at 9:00 a.m., with Calendar Call on February 24, 2025 due to witness availability issues for the currently scheduled Bench Trial.

///
///
///
///
///

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the Bench Trial be rescheduled to one of the following three dates which are jointly offered by the parties:

- July 29, 2025
- August 12, 2025
- August 26, 2025

Dated: February 11, 2025.

BURGER, MEYER & D'ANGELO, LLP

_____
Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15527)
BURGER, MEYER & D'ANGELO, LLP
400 South 4th St., Suite 500
Las Vegas, NV 89101
*Attorneys for Walmart, Inc.*

Dated: February 11, 2025.

LADAH LAW FIRM

  */s/ Adrian A. Karimi*
Ramzy Paul Ladah, Esq. (NV 11405)
Adrian A. Karimi, Esq. (NV 13514)
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Eric Wade*

## ORDER

IT IS ORDERED that the calendar call is continued to July 28, 2025, at 1:30 pm. and the Bench Trial be continued to August 12, 2025, at 9:00 a.m.

DATED this 11th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION AND ORDER TO CONTINUE BENCH TRIAL**