**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15527)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         sgillespie@burgermeyer.com

Attorneys for Defendants
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WADE, an individual;<br><br>              Plaintiff,<br><br>     vs.<br><br>WALMART INC. dba WALAMRT NEIGHBORHOOD MARKET; DOE WAL-MART EMPLOYEES I-V; DOE WAL-MART MANAGERS I-V; ROE MAINTENCANCE COMPANY; and ROE COMPANIES I-V, inclusive,<br><br>              Defendants. | Case No.: 2:23-cv-01554-JAD-NJK<br>Hon. Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 51 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, ERIC WADE and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 17, 2025.                                       Dated: July 17, 2025.

BURGER, MEYER & D'ANGELO, LLP                               LADAH LAW FIRM

_____                                    */s/ Adrian A. Karimi*
Tabetha A. Martinez, Esq. (NV 14237)                        Ramzy Paul Ladah, Esq. (NV 11405)
Susan E. Gillespie, Esq. (NV 15527)                         Adrian A. Karimi, Esq. (NV 13514)
BURGER, MEYER & D'ANGELO, LLP                               517 S. Third Street
400 South 4th St., Suite 500                                Las Vegas, NV 89101
Las Vegas, NV 89101                                         *Attorneys for Eric Wade*
*Attorneys for Walmart, Inc.*

### ORDER

Based on the parties' stipulation [ECF No. 51] and with good cause appearing, IT IS ORDERED that **this case is dismissed with prejudice**, each party to bear its own attorneys' fees and costs. The trial and all related hearings are vacated. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge
July 17, 2025

-2-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**